# Court of Appeals
# of the State of Georgia

ATLANTA,  August 23, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0135. ROBERT EMMANUEL RICHARDSON v. THE STATE.**

On August 3, 2022, Robert Emmanuel Richardson was convicted of driving with a suspended license. On August 2, 2023, Richardson filed this appeal. We lack jurisdiction because the appeal is untimely. A notice of appeal must be filed within 30 days of entry of the judgment or order being appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721, 721 (482 SE2d 704) (1997). Because Richardson filed his notice of appeal approximately one year after entry of his judgment of conviction and sentence, this appeal is untimely and is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/23/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.